**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-6013**

_____

ROBERT MCKINLEY BLANKENSHIP,

        Plaintiff - Appellant,

    v.

JIM TERRY SHORTT, Attorney,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:25-cv-00477-JPJ-PMS)

_____

Submitted:  July 23, 2026                         Decided:  July 28, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert McKinley Blankenship, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert McKinley Blankenship appeals the district court's orders (1) sua sponte dismissing, without prejudice, Blankenship's 42 U.S.C. § 1983 complaint; and (2) denying Blankenship's "Motion for Reconsideration."[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *Blankenship v. Shortt*, No. 7:25-cv-00477-JPJ-PMS (W.D. Va. Nov. 10, 2025; Dec. 3, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We grant Blankenship's motion to amend, in part, to the extent he seeks to amend his informal brief, but deny the remainder of the relief sought in that motion.  We deny Blankenship's remaining motions.

2